**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BAD VIBES FOREVER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | No.: 22-cv-00785<br><br>Judge Franklin U. Valderrama |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff BAD VIBES FOREVER, LLC (BAD VIBES or Plaintiff) filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, Defendants) and using at least the online marketplace accounts identified in Schedule A (the Online Marketplaces). After reviewing the Motion and the accompanying record, the Court GRANTS BAD VIBES' Motion as follows.

The Court finds BAD VIBES has provided notice to Defendants in accordance with the Temporary Restraining Order entered February 23, 2022, R. 15, (the TRO), and Federal Rule of Civil Procedure 65(a)(1).

The Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants based on Plaintiff's unrebutted assertions that Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, BAD VIBES has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States

consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of BAD VIBES' federally registered trademarks, which are covered by U.S. Trademark Registration Nos. 5,654,600; 5,771,321; and 5,627,992 (the XXXTENTACION Trademarks) to residents of Illinois. In this case, BAD VIBES has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the XXXTENTACION Trademarks. *See* R. 12, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the XXXTENTACION Trademarks.

The Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of BAD VIBES' previously granted Motion for Entry of a TRO establishes that BAD VIBES has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that BAD VIBES will suffer irreparable harm if the injunction is not granted.

Specifically, BAD VIBES has proved a *prima facie* case of trademark infringement because (1) the XXXTENTACION Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the XXXTENTACION Trademarks, and (3) Defendants' use of the XXXTENTACION Trademarks is causing a likelihood of confusion as to the origin or

sponsorship of Defendants' products with BAD VIBES. Furthermore, Defendants continued and unauthorized use of the XXXTENTACION Trademarks irreparably harms BAD VIBES through diminished goodwill and brand confidence, damage to BAD VIBES' reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, BAD VIBES has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, the Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

   a. using the XXXTENTACION Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine BAD VIBES product or not authorized by BAD VIBES to be sold in connection with the XXXTENTACION Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine BAD VIBES product or any other product produced by BAD VIBES, that is not BAD VIBES' or not produced under the authorization, control, or supervision of BAD VIBES and approved by BAD VIBES for sale under the XXXTENTACION Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of BAD

        VIBES, or are sponsored by, approved by, or otherwise connected with BAD VIBES; and

        d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for BAD VIBES, nor authorized by BAD VIBES to be sold or offered for sale, and which bear any of BAD VIBES' trademarks, including the XXXTENTACION Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) the identity and location, including contact information, their true name and physical address, and all associated e-mail addresses, of Defendant; (b) the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Internet Stores of Defendants, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history; and (c) the steps taken by Defendants to comply with paragraphs 1, (a)-(d) above.

3. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

4. Upon BAD VIBES' request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Alipay US, Inc. and its related companies and affiliates

(Alipay), (collectively, the Third Party Providers), shall, within ten (10) business days after receipt of such notice, provide to BAD VIBES expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Alipay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon BAD VIBES' request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 4, shall within ten (10) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with

Defendants in connection with the sale of counterfeit and infringing goods using the XXXTENTACION Trademarks.

6. Any Third-Party Providers, including Alipay, shall, within ten (10) business days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Robert A. Celestin, Esq., and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by the Court.

7. BAD VIBES may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website or by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 2 to the Declaration of Robert A. Celestin, Esq. and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "00000011 Store and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. The Clerk of Court is directed to unseal Plaintiff's Schedule A to the Complaint [2], Exhibit 2 to the Declaration of Robert A. Celestin, Esq. [12], and the TRO [15].

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $10,000.00 bond posted by BAD VIBES shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Date: 4/6/2022

_____
United States District Judge
Franklin U. Valderrama

**Schedule A**

| No. | Defendants |
|---|---|
| 1 | 00000011 Store |
| 2 | 006 Store |
| 3 | 06 Anime clothes Store |
| 4 | 100% cotton 02 Store |
| 5 | 100% cotton 12 Store |
| 6 | 100% cotton 18 Store |
| 7 | 100% cotton 20 Store |
| 8 | 100% cotton it T-shirt A Store |
| 9 | 100% cotton it T-shirt S Store |
| 10 | 100% cotton it T-shirt Store |
| 11 | 100% cotton T-shirt 005Store Store |
| 12 | 100% cotton T-shirt 037 Store |
| 13 | 100% cotton T-shirt 133 Store |
| 14 | 100% cotton T-shirt 134 Store |
| 15 | 100% cotton T-shirt 136 Store |
| 16 | 100% cotton T-shirt 15 Store |
| 17 | 100% cotton T-shirt 183 Store |
| 18 | 100% cotton T-shirt 38 Store |
| 19 | 100% cotton T-shirt 39 Store |
| 20 | 100% cotton T-shirt 44 Store |
| 21 | 100% cotton T-shirt 49 Store |
| 22 | 100% cotton T-shirt 54 Store |
| 23 | 100% cotton T-shirt 59 Store |
| 24 | 100% cotton T-shirt 76 Store |
| 25 | 100% cotton T-shirt 82 Store |
| 26 | 100% cotton T-shirt 84 Store |
| 27 | 100% cotton T-shirt 86 Store |
| 28 | 100% cotton T-shirt AK Store |
| 29 | 100% cotton T-shirt AQ Store |
| 30 | 100% cotton T-shirt AS Store |
| 31 | 100% cotton T-shirt BN Store |
| 32 | 100% cotton T-shirt FBN Store |
| 33 | 100% cotton T-shirt II Store |
| 34 | 100% cotton T-shirt LA Store |
| 35 | 100% cotton T-shirt LK Store |
| 36 | 100% cotton T-shirt MX Store |
| 37 | 100% cotton T-shirt SD Store |

| | |
|---|---|
| 38 | 100% cotton T-shirt SF Store |
| 39 | 100% cotton tshirts 000888 Store |
| 40 | 100% Cotton T-shirts 30 Store |
| 41 | 100% cotton T-shirts 49 Store |
| 42 | 100% Cotton T-shirts A Store |
| 43 | 100% Cotton T-shirts RR Store |
| 44 | 100% Cotton T-shirts X Store |
| 45 | 100% Cotton T-shirts Z Store |
| 46 | 100% cotton tshirts...... Store |
| 47 | 100% T-shirt yy Store |
| 48 | 11 clothes Store |
| 49 | 1234786 Store |
| 50 | 131781316382 Store |
| 51 | 1542103607 Store |
| 52 | 1AM SHOP |
| 53 | 21 hours Store |
| 54 | 21888 Store |
| 55 | 3DT shirt store Store |
| 56 | 412 Store |
| 57 | 418 Store |
| 58 | 6 Bo Store |
| 59 | 666 Clothes Store |
| 60 | 666888 T-shirts Store |
| 61 | 667788 Store |
| 62 | 889898989 Store |
| 63 | 8H Store |
| 64 | 9 Day Store |
| 65 | 911707110 Store |
| 66 | A new beginning Store |
| 67 | a shirt Store |
| 68 | A shop specializing in men's shirts Store |
| 69 | A small shop like a small shop |
| 70 | A Speciall You Store |
| 71 | A0001 Store |
| 72 | A-354 Store |
| 73 | A364 Store |
| 74 | A365A Store |
| 75 | A8899 Store |
| 76 | ABINGTXU4 Store |
| 77 | A-Coolest Store |
| 78 | AET STARK Store |

| 79 | Ah-mee Sunglasses Store |
|---|---|
| 80 | Ajiu Hat Industry Store |
| 81 | AK001 Store |
| 82 | AK003 Store |
| 83 | AK115 Store |
| 84 | AK-13 Store |
| 85 | AK-2 Store |
| 86 | All Printed Clothes Factory Store |
| 87 | All Too Well Store |
| 88 | allhat Store |
| 89 | alohahejahe9 Store |
| 90 | Amoy baby Store |
| 91 | Amy's Factory Store |
| 92 | An Ingenious Tees Store |
| 93 | AN NI 998 Store |
| 94 | Animation world life Store |
| 95 | Anime Clothes Factory Store |
| 96 | Anime Design Factory Store |
| 97 | Anna Bags Store |
| 98 | Anonymous-YI Store |
| 99 | ao kezhi Store |
| 100 | A-S8887779 Store |
| 101 | A-Streetwear Store |
| 102 | asy153 Store |
| 103 | Attt7879 Store |
| 104 | Ayr Trend Store |
| 105 | Ayrbao Drop Ship Store |
| 106 | Baby Boutique Store |
| 107 | Baby Teetee Store |
| 108 | BABY to TEEN Store |
| 109 | Bai_BestFashion Store |
| 110 | baidichengTwooo Store |
| 111 | bandstee Store |
| 112 | bao ma8 Store |
| 113 | BAOLIWEN Store |
| 114 | Beautiful boys girl clothes Store |
| 115 | Beautiful Hanabi Store |
| 116 | Beautiful Streetwear Store |
| 117 | Beautiful T-shirt AB Store |
| 118 | Beautiful T-shirt AC Store |
| 119 | Beautiful T-shirt AJ Store |

| | |
|---|---|
| 120 | Beautiful T-shirt AS Store |
| 121 | BenHiroshi Store |
| 122 | BestMoney Store |
| 123 | Black and white manifesto flagship store |
| 124 | Black shop 123 Store |
| 125 | BOBOman Store |
| 126 | Bookger Store |
| 127 | Boutique No. 12 Store |
| 128 | Boutique No. 7 Store |
| 129 | Boutique No. 9 Store |
| 130 | bptczmy Store |
| 131 | Buna Store |
| 132 | Burgess Store |
| 133 | BUSTEDTEES2 Store |
| 134 | CAII T-shirt Store |
| 135 | caocaocao8888 Store |
| 136 | Casual Colourful 168 Store |
| 137 | chaoliu666666 Store |
| 138 | Chaoliu-A Store |
| 139 | charlene's Factory Store |
| 140 | Cheapest Clothes Store |
| 141 | chenbao Store |
| 142 | chengxinfushi Store |
| 143 | chengxinyingtianxia666 Store |
| 144 | Children Toptees Store |
| 145 | china dropshipping-01 Store |
| 146 | China Hoodie factory Store |
| 147 | China NO. 1 Factory Store |
| 148 | Chinatown Dropshipping Store |
| 149 | Chinese clothes supermarket Store |
| 150 | CHIZHEN888 Store |
| 151 | chuenkei online Store |
| 152 | ChunagYing Clothes Store |
| 153 | CmetNi T-Shirt Store |
| 154 | CNMLGB Store |
| 155 | Confident Clothes Store |
| 156 | Coolpicked Store |
| 157 | COSREA Costume Store |
| 158 | Cotton Print Store |
| 159 | Cotton T-shirt AB Store |
| 160 | Cotton T-shirt AC Store |

| | |
|---|---|
| 161 | Cotton T-shirt AD Store |
| 162 | Cotton T-shirt AM Store |
| 163 | Cotton T-shirt AZ Store |
| 164 | Cotton t-shirt s Store |
| 165 | Cotton T-shirt V Store |
| 166 | Cotton T-shirts K Store |
| 167 | Cotton T-shirts L Store |
| 168 | cotton Tshirts Store |
| 169 | Cotton T-shirts X Store |
| 170 | Cotton T-shirts Z Store |
| 171 | CS-Crazy Store |
| 172 | customhats Store |
| 173 | customize666 Store |
| 174 | CUSTOMIZED Shipper Store |
| 175 | Cute Unicorn - Store |
| 176 | cw123 Store |
| 177 | CX330 Factory Store |
| 178 | cxaybaby Store |
| 179 | CYQY819 Store |
| 180 | da chenchen Store |
| 181 | da tan Store |
| 182 | da xiao Store |
| 183 | DA-8 Store |
| 184 | dandeqi Kids Kawaii Store |
| 185 | Dark Goth Girl Store |
| 186 | Day Day Up N.18 Store |
| 187 | DAYFULOO Store |
| 188 | Deja Vu |
| 189 | Desert Spring |
| 190 | design online shirt Store |
| 191 | Design t-shirt Store |
| 192 | Designer print Store |
| 193 | Dezza men Hoddies Store |
| 194 | DHD6 Store |
| 195 | Digital Print Garment Factory Store |
| 196 | Diligent's Factory Store |
| 197 | Doctors911 Store |
| 198 | dodolook men'sclothingstore Store |
| 199 | Dolpind Store |
| 200 | dong dong Store |
| 201 | Dongguan Qianlong Clothing Co., Ltd. |

12

| | |
|---|---|
| 202 | Dongguan Tianan Clothing Co., Ltd. |
| 203 | DPP16 Store |
| 204 | DPP9 Store |
| 205 | Dropship --- Store |
| 206 | Dropship win-win Store |
| 207 | Dropshipping Explosive trendy Store |
| 208 | dropshipping kpop Store |
| 209 | Dshztooma Ballard Store |
| 210 | Dshztooma Official Store |
| 211 | Dumb costume Store |
| 212 | Duodecember Store |
| 213 | DXCKJGHIOSDJ Store |
| 214 | Eclipse Oxygen Store |
| 215 | Ecobros SanMao Store |
| 216 | eHoll Hats Store |
| 217 | EIGHTIN Store |
| 218 | engiening Store |
| 219 | euow Official Store |
| 220 | Eve Lefin Flagship Store |
| 221 | EVOCUST 2200 Store |
| 222 | EVOCUST Official Store |
| 223 | Export discounts Store |
| 224 | Extraordinary clothes Store |
| 225 | F88888888 Store |
| 226 | Factory Outlet Clothes Store |
| 227 | fain zoe macket Store |
| 228 | fashio n Store |
| 229 | Fashion Hipster Zone Store |
| 230 | FashionDesigner Store |
| 231 | FashionX Store |
| 232 | feiges Store |
| 233 | feng dou trading company Store |
| 234 | feng dou2010 Store |
| 235 | FH Personality Print Store |
| 236 | Fire B Clothes Store |
| 237 | First Global Store |
| 238 | Fish888888 Store |
| 239 | FOKS Store |
| 240 | Forest Clothes Store |
| 241 | frdun. Store |
| 242 | FreeWF Store |

| | |
|---|---|
| 243 | Funtees Hoodies Store Store |
| 244 | GAI T-shirt Store |
| 245 | GDD.22 Store |
| 246 | Gelvshi Dropshipping Store |
| 247 | gfh111 Store |
| 248 | GGM03 Store |
| 249 | GHH.7 Store |
| 250 | -ShopAliaeFnewfuture Store |